1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11  SOCHIL TRIANA CRUZ,              ) NO. CV 10-5007-DSF (MAN)
                                     )
12                Petitioner,        )
                                     )
13      v.                           ) ORDER ADOPTING FINDINGS,
                                     )
14  DAWN DAVIDSON,                   ) CONCLUSIONS, AND RECOMMENDATIONS
                                     )
15                Respondent.        ) OF UNITED STATES MAGISTRATE JUDGE
    _____    )
16
17
18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition
19  for Writ of Habeas Corpus, all of the records herein, and the Report and
20  Recommendation of United States Magistrate Judge ("Report").  The time
21  for filing Objections to the Report has passed, and no Objections have
22  been filed with the Court.  The Court accepts and adopts the Report and
23  the findings of fact, conclusions of law, and recommendations therein.
24
25      IT IS ORDERED that Judgment shall be entered dismissing this action
26  with prejudice.
27
28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____.
       8/24/10

_____
      DALE S. FISCHER
UNITED STATES DISTRICT JUDGE