**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCHIL TRIANA CRUZ,<br><br>        Petitioner,<br><br>    v.<br><br>DAWN DAVIDSON,<br><br>        Respondent. | NO. CV 10-5007-DSF (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

On August 24, 2010, this case was dismissed with prejudice. On November 4, 2010, the Court vacated the Order and Judgment dismissing the case, and reopened the action for the limited purposes of affording Petitioner an opportunity to file Objections to the United States Magistrate Judge's Report and Recommendation ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report. The Court again accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

1     IT IS ORDERED that Judgment shall be entered dismissing this action
2 with prejudice.

4     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner.

7     LET JUDGMENT BE ENTERED ACCORDINGLY.
8          12/13/10
9 DATED:   _____ .

                              *[signature: Dale S. Fischer]*

                                    _____
                                           DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE