**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SOCHIL TRIANA CRUZ, | ) | NO. CV 10-5007-DSF (MAN) |
|          Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| DAWN DAVIDSON, | ) | |
|          Respondent. | ) | |

     Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __12/13/10_____.

_____
     DALE S. FISCHER
UNITED STATES DISTRICT JUDGE